RECEIVED
JUN 21 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOHAMMED AHMED HASSAN ABDALLAH OMRAN, Plaintiff | CIVIL ACTION NO. 16-CV-00042 |
| VERSUS | CHIEF JUDGE DRELL |
| NICOLE ROY, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's Motions for a Temporary Restraining Order and a Preliminary Injunction (Docs. 29, 34) are DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 20 day of June, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT