RECEIVED
OCT 2 0 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOHAMMED AHMED HASSAN ABDALLAH OMRAN | CIVIL ACTION 1:16-CV-00042 |
| VERSUS | CHIEF JUDGE DRELL |
| NICOLE ROY, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Omran's Motion to Vacate the Court's Order on Motion for Reconsideration (Doc. 114) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this ___ day of October, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT