RECEIVED
DEC - 7 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOHAMMED AHMED HASSAN ABDALLAH OMRAN | CIVIL ACTION 1:16-CV-00042 |
| VERSUS | JUDGE DRELL |
| NICOLE ROY, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Omran's Motion for Relief from Judgment (Doc. 118) is DENIED for lack of subject matter jurisdiction.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 7 day of December, 2017.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT